UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA LETICIA CASTANON GARCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ST. MARY'S MEDICAL CENTER, et al.,<br><br>Defendants. | Case No. 24-cv-00058-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiffs filed the complaint on January 3, 2024. It appears that the summons and complaint have not yet been served on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed. Accordingly, Plaintiffs are hereby ORDERED to show cause in writing by no later than April 17, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendants. The April 17, 2024 case management conference is vacated.

**IT IS SO ORDERED.**

Dated: April 10, 2024



Donna M. Ryu
Chief Magistrate Judge