1   Stanley Goff, Bar No. 289564
    15 Boardman Place Suite 2
2   San Francisco, CA 94103
    Telephone: (415) 571-9570
3   Email: scraiggoff@aol.com

4   FULVIO F. CAJINA (Bar No. 289126)
    LAW OFFICE OF FULVIO F. CAJINA
5   528 Grand Avenue
    Oakland, CA 94610
6   Telephone: (510) 543-1912
    Facsimile: (510) 225-2636
7   Email: fulvio@cajinalaw.com

8   Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  | Plaintiffs Martha Leticia Castañon Garcia, and Ruben Reyes Dias, et al. | CASE NO.: Case 4:24-cv-00058-**VC** |
    |---|---|
12  | | |
13  | Plaintiffs, | **DECLARATION OF ZULEMA MARIANA VILLAREAL GUZMAN IN SUPPORT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM OF O.V.** |
14  | | |
15  | v. | |
16  | | |
    | Defendants CITY OF SAN FRANCISCO Police Officers Sergeant Wu # 2036, Officer Howard T. Brown #1243; Ryan Jones # 569 and DOES 1-50; ST. MARY'S MEDICAL ENTER AND DR. Katherine Tran, MD | |
17  | | |
18  | | |
19  | Defendants. | |

20

21

22

23

                        1

24

1    1.  I, Zulema Mariana Villareal Guzman, declare as follows:

2    2.  I am over the age of 18 years. I have personal knowledge of the facts contained in this

3
    declaration, and if called as a witness I could and would testify competently to the truth of the

4
    facts stated herein.

5

6    3.  O.V. is the son of decedent OMAR REYES, who died October 4, 2022.

7    4.  O.V. is a minor and my son.

8    5.  O.V. is a minor of the age of 9 years-old.

9    6.  O.V. is a plaintiff in the above-entitled action.

10    7.  O.V. has no previous motion for appointment of a Guardian ad Litem has been filed on

11
    his behalf in this matter.

12

13      8. That I am fully competent and responsible, and qualified to understand and protect the

14    rights of O.V.

15

      9. That I have no interest adverse to the interests of my minor child, O.V.

16
      10. That I am willing to act as Guardian ad Litem for O.V. in the following case.

17

18      11. That I give my consent to act as Guardian Ad Litem for O.V. in the following case.

19

20

21

22

23

1    I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct.

3

4  Dated: July 19, 2025            *Zulema Mariana Villareal Guzman*

5                                    Zulema Mariana Villareal Guzman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3